**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| ASHLEY LYNETTE RICE,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE RONALD RUSSELL,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:25-cv-00190-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Chief Magistrate Judge Cecilia M. Romero |

On November 26, 2025, *pro se* Plaintiff Ashley Lynette Rice filed her Complaint against Defendant Judge Ronal Russell (Defendant or Judge Russell) (ECF 1).[1] On December 2, 2025, the court granted Plaintiff's request to leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (the IFP Statute).[2] On March 3, 2026, Plaintiff filed her Amended Complaint (Am. Compl.),[3] and on July 18, 2026, the court issued an Order granting Plaintiff leave to file an amended pleading addressing the failure to adequately plead a plausible claim (Order).[4] Plaintiff was given until July 17, 2026, to file a new pleading addressing the deficiencies outlined in the Order.[5] The court warned Plaintiff that failure to comply with the directives in the Order may result in dismissal of this action.[6] To date,

[1] ECF 1.
[2] ECF 4.
[3] ECF 9.
[4] ECF 11.
[5] *Id.* at 6.
[6] *Id.*

no amended pleading has been filed. Plaintiff did, however, file a Notice of Continuing Conduct on July 16, 2026.[7]

On September 4, 2026, Chief Magistrate Judge Cecilia M. Romero issued a Report and Recommendation, stating that Plaintiffs' case should be dismissed without prejudice.[8]

The Report and Recommendation notified the parties of their right to object within 14 days of service and stated that failure to object may constitute a waiver of objections upon subsequent review.[9] The 14-day deadline has lapsed, and no objections have been filed. Accordingly, the Court will adopt the Report and Recommendation because its analysis and conclusions are sound and no party has objected to it. Fed. R. Civ. P. 72(b), advisory committee's note to 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Based on the foregoing, the Court hereby ADOPTS the Report and Recommendation (ECF No. 13) and DISMISSES the case without prejudice.

DATED this 24th day of September 2026.

BY THE COURT:

Ann Marie McIff Allen
United States District Judge

[7] ECF 12.
[8] ECF No. 14 at 2-3.
[9] ECF No. 14.